# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2016

## NO. 03-14-00795-CV

**Jennifer Samaniego, Appellant**

**v.**

**Alieda Silguero, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the summary judgment signed by the county court on November 18, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the county court's summary judgment. Therefore, the Court affirms the county court's summary judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.